1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  DAVID S. SORENSON,                )        3:06-cv-00217-BES-RAM

9                      Plaintiff,    )

10       v.                          )        **ORDER**

11  CARSON CITY MEDICAL HEALTH, et al.,  )

12                      Defendants.   )

13  _____ )

14          Before the Court is the Report and Recommendation of the United States

15  Magistrate Judge (#5) ("Recommendation") entered on September 29, 2006, in which the

16  Magistrate Judge recommends that this Court enter an order dismissing this action without

17  prejudice.  Plaintiff filed no objections.

18          The Court has conducted a *de novo* review of the record in this case, considering fully

19  all relevant matters of record pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule IB 3-2.  After

20  a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

21  applicable case law, and good cause appearing,

22          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

23  Recommendation (#5) entered on September 29, 2006, is adopted and accepted without

24  ///

25  ///

26  ///

27  ///

28  ///

1

1   modification.  Therefore, in accordance with the Report and Recommendation, this action is

2   DISMISSED without prejudice pursuant to this Court's authority to impose sanctions for failure

3   to comply with the Local Rules under LR IA 4-1.

4        IT IS SO ORDERED.

5        DATED: This 5th day of February, 2007.

6

7

8

9   _____

10       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28